# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3309
LT Case No. 2018-CA-46895

_____

ROY LERCHENFELD,

    Appellant,

    v.

EQUITY TRUST, GREEN PLUS
INVESTMENTS, LLC, DAVID
ROSENTHAL SEP IRA,

    Appellee.

_____


On appeal from the Circuit Court for Brevard County.
George T. Paulk, Judge.

David A. Baker, of the Law Office of David A. Baker, P.A.,
Rockledge, for Appellant.

Heather L. Griffiths of the Padgett Law Group, Tallahassee, for
Appellee, Green Plus Investments, LLC, and Equity Trust f/b/o
David Rosenthal SEP IRA.

August 27, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____